Case 17-25121-GLT    Doc 10    Filed 01/14/18    Entered 01/15/18 00:47:25    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
1/12/18 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-25121 GLT |
| ) | Chapter 7 |
| Robert J. Wentzel ) | Related to Dkt. No. 8 |
| Laura L. Gibson, ) | |
| *Debtors* ) | |
| ) | |
| Robert J. Wentzel ) | |
| Laura L. Gibson, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this  12th  day of  January, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Robert Wentzel and Laura Gibson, are hereby granted an extension until January 25, 2018 to file the completed Chapter 7 petition in this case.

_____ J.
cgt

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert J. Wentzel
Laura L. Gibson
    Debtors

Case No. 17-25121-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Jan 12, 2018
                     Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db/jdb      +Robert J. Wentzel,   Laura L. Gibson,   2836 Connecticut Ave.,   Pittsburgh, PA 15216-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
      James Warmbrodt   on behalf of Creditor   First Guaranty Mortgage Corporation
      bkgroup@kmllawgroup.com
      Kenneth Steidl   on behalf of Debtor Robert J. Wentzel julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
      nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
      inberg.com
      Kenneth Steidl   on behalf of Joint Debtor Laura L. Gibson julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
      nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
      inberg.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Rosemary C. Crawford   crawfordmcdonald@aol.com,  PA68@ecfcbis.com
      TOTAL: 5