**Form 131**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert J. Wentzel**
**Laura L. Gibson**
  Debtor(s)

Bankruptcy Case No.: 17−25121−GLT

Chapter: 7
Docket No.: 11 − 1

### CERTIFICATION

    The undersigned Clerk of the above−entitled Court certifies that:

    The above−captioned case was filed on **December 28, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **January 25, 2018** and failure to meet that deadline would result in the dismissal of the case.

    As of **January 26, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

### ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: January 26, 2018

Gregory L. Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert J. Wentzel
Laura L. Gibson
     Debtors

Case No. 17-25121-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2      Date Rcvd: Jan 26, 2018
                     Form ID: 131      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
```
db/jdb          +Robert J. Wentzel,    Laura L. Gibson,    2836 Connecticut Ave.,    Pittsburgh, PA 15216-1935
14750565        +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
14750566         Borough of Dormont,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14750567        +Bureau of Unemployment Compensation,    c/o Comm. of PA Dept of Labor & Industry,    PO Box 67503,
                 Harrisburg, PA 17106-7503
14750572       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:  Columbia Gas Company,    PO Box 742537,    Cincinnati, OH 45274-2537)
14750575        +CW Nexus Credit Card,    101 Crossways Park,    Woodbury, NY 11797-2020
14750573        +Comcast,    c/o Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
14750574        +Credit One Bank,    c/o LVNV Funding & Resurgent Capital Svc,    PO Box 1269,
                 Greenville, SC 29602-1269
14750577        +Estate Information Services,    PO Box 1730,    Reynoldsburg, OH 43068-8730
14750581        +Glenbeigh Business Office - Medical,    c/o Global Control,    22 East Main Street,    PO Box 750,
                 Geneva, OH 44041-0750
14750584         JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
14750587        +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14750589        +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14750593         Pennsylvania American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
14750596        +Round Point Mortgage,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1934
14750597        +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
14750598        +Weinstein Imaging Associates,    5850 Centre Avenue,    Pittsburgh, PA 15206-3780
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRCCRAWFORD.COM Jan 27 2018 01:33:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2018 02:10:04      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14750568         EDI: CAPITALONE.COM Jan 27 2018 01:33:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14750576        +E-mail/Text: kburkley@bernsteinlaw.com Jan 27 2018 02:11:29      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14750579         E-mail/Text: bankruptcynotice@fcbanking.com Jan 27 2018 02:09:29      First Commonwealth Bank,
                 P. O. Box 400,    Indiana, PA 15701-0400
14750578        +EDI: BLUESTEM Jan 27 2018 01:33:00      Fingerhut & WebBank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14750580         EDI: AMINFOFP.COM Jan 27 2018 01:33:00      First Premier Bank,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
14750582         EDI: CITICORP.COM Jan 27 2018 01:33:00      Home Depot & Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14750583         EDI: JEFFERSONCAP.COM Jan 27 2018 01:33:00      Jefferson Capital Systems,    16 McLeland Road,
                 Saint Cloud, MN 56303
14750584         E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jan 27 2018 02:11:49
                 JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
14750585        +E-mail/Text: BKRMailOPS@weltman.com Jan 27 2018 02:09:43      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14750586        +EDI: TSYS2.COM Jan 27 2018 01:33:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
14750592        +EDI: AGFINANCE.COM Jan 27 2018 01:33:00      One Main Financial,    PO Box 1010,
                 Evansville, IN 47706-1010
14753659         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2018 02:10:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14750594        +EDI: CCUSA.COM Jan 27 2018 01:33:00      Pittsburgh Gastroenterology,    c/o Credit Collections,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
14750595        +EDI: CCS.COM Jan 27 2018 01:33:00      Progressive Insurance,    c/o Credit Collection Services,
                 PO Box 607,    Norwood, MA 02062-0607
14750599        +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 27 2018 02:10:21
                 Westlake Financial Services,    4751 Wilshire Blvd.,    Suite 100,    Los Angeles, CA 90010-3847
                                                                                          TOTAL: 17
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               First Guaranty Mortgage Corporation
14750569*        Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14750570*        Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14750571*        Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14750588*       +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14750590*       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14750591*       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
                                                                          TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2        User: bsil              Page 2 of 2            Date Rcvd: Jan 26, 2018
                           Form ID: 131             Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
            James  Warmbrodt    on behalf of Creditor   First Guaranty Mortgage Corporation
            bkgroup@kmllawgroup.com
            Kenneth  Steidl    on behalf of Debtor Robert J. Wentzel julie.steidl@steidl-steinberg.com,
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
            nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
            inberg.com
            Kenneth  Steidl    on behalf of Joint Debtor Laura L. Gibson julie.steidl@steidl-steinberg.com,
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
            nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
            inberg.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                              TOTAL: 5
```