**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert J. Wentzel** | Social Security number or ITIN | **xxx–xx–6693** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Laura L. Gibson** | Social Security number or ITIN | **xxx–xx–0709** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **7** | **12/28/17** |
| Case number: | **17–25121–GLT** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert J. Wentzel | Laura L. Gibson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2836 Connecticut Ave.<br>Pittsburgh, PA 15216 | 2836 Connecticut Ave.<br>Pittsburgh, PA 15216 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email:  crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 2/9/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 19, 2018 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/18/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert J. Wentzel**
**Laura L. Gibson**
   Debtor(s)

Bankruptcy Case No.: 17–25121–GLT
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: February 9, 2018

                                              Gregory L. Taddonio
                                              United States Bankruptcy Judge

## REMINDER TO COUNSEL

Before filing: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

After filing: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-25121-GLT
Robert J. Wentzel                                               Chapter 7
Laura L. Gibson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: bsil                Page 1 of 3           Date Rcvd: Feb 09, 2018
                               Form ID: 309A             Total Noticed: 45
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
```
db/jdb         +Robert J. Wentzel,    Laura L. Gibson,    2836 Connecticut Ave.,    Pittsburgh, PA 15216-1935
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14750565       +Best Buy,   PO Box 6497,    Sioux Falls, SD 57117-6497
14750566        Borough of Dormont,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14750567       +Bureau of Unemployment Compensation,     c/o Comm. of PA Dept of Labor & Industry,    PO Box 67503,
                 Harrisburg, PA 17106-7503
14750572      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,     PO Box 742537,    Cincinnati, OH 45274-2537)
14750575       +CW Nexus Credit Card,    101 Crossways Park,    Woodbury, NY 11797-2020
14750573       +Comcast,   c/o Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
14750574       +Credit One Bank,    c/o LVNV Funding & Resurgent Capital Svc,     PO Box 1269,
                 Greenville, SC 29602-1269
14750577       +Estate Information Services,    PO Box 1730,    Reynoldsburg, OH 43068-8730
14750581       +Glenbeigh Business Office - Medical,     c/o Global Control,    22 East Main Street,    PO Box 750,
                 Geneva, OH 44041-0750
14750584        JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,     Hazelwood, MO 63042-2429
14750587       +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14750589       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14750593        Pennsylvania American Water Company,     PO Box 371412,    Pittsburgh, PA 15250-7412
14771397       +Retreat Premier Addiction Treatment,     1170 South State Street,    Ephrata, PA 17522-2601
14750596       +Round Point Mortgage,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1918
14771398       +RoundPoint Mortgage Svc. Corp.,    5032 Parkway Plaza Blvd.,     Charlotte, NC 28217-1934
14771399        Sherwin Williams,    3603 Library Road,    Pittsburgh, PA 15234-2230
14750597       +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
14750598       +Weinstein Imaging Associates,    5850 Centre Avenue,    Pittsburgh, PA 15206-3780
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Feb 10 2018 01:04:01      Kenneth Steidl,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219
tr             +EDI: BRCCRAWFORD.COM Feb 10 2018 00:53:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,   Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2018 01:04:29      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 10 2018 01:04:34
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14750568        EDI: CAPITALONE.COM Feb 10 2018 00:53:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14750576       +E-mail/Text: kburkley@bernsteinlaw.com Feb 10 2018 01:05:04      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14750579        E-mail/Text: bankruptcynotice@fcbanking.com Feb 10 2018 01:04:07      First Commonwealth Bank,
                 P. O. Box 400,   Indiana, PA 15701-0400
14750578       +EDI: BLUESTEM Feb 10 2018 00:53:00      Fingerhut & WebBank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14750580        EDI: AMINFOFP.COM Feb 10 2018 00:53:00      First Premier Bank,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
14750582        EDI: CITICORP.COM Feb 10 2018 00:53:00      Home Depot & Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14750583        EDI: JEFFERSONCAP.COM Feb 10 2018 00:53:00      Jefferson Capital Systems,    16 McLeland Road,
                 Saint Cloud, MN 56303
14750584        E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Feb 10 2018 01:05:12
                 JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
14750585       +E-mail/Text: BKRMailOPS@weltman.com Feb 10 2018 01:04:17      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14771386        EDI: RESURGENT.COM Feb 10 2018 00:53:00      LVNV Funding,    PO Box 10584,
                 Greenville, SC 29603-0584
14750586       +EDI: TSYS2.COM Feb 10 2018 00:53:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
14771393        EDI: AGFINANCE.COM Feb 10 2018 00:53:00      One Main,    PO Box 969,    Evansville, IN 47706-0969
14750592       +EDI: AGFINANCE.COM Feb 10 2018 00:53:00      One Main Financial,    PO Box 1010,
                 Evansville, IN 47706-1010
14753659        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2018 01:04:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14750594       +EDI: CCUSA.COM Feb 10 2018 00:53:00      Pittsburgh Gastroenterology,    c/o Credit Collections,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
14750595       +EDI: CCS.COM Feb 10 2018 00:53:00      Progressive Insurance,    c/o Credit Collection Services,
                 PO Box 607,   Norwood, MA 02062-0607
14771400        EDI: AGFINANCE.COM Feb 10 2018 00:53:00      Springleaf Financial,    PO Box 742536,
                 Cincinnati, OH 45274
14771402        EDI: AISTMBL.COM Feb 10 2018 00:53:00      TMobile,    P.O. Box 742596,
                 Cincinnati, OH 45274-2596
```

```
District/off: 0315-2           User: bsil                   Page 2 of 3                   Date Rcvd: Feb 09, 2018
                               Form ID: 309A                Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14771403       +EDI: VERIZONWIRE.COM Feb 10 2018 00:53:00      Verizon Wireless,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
14771405        E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 10 2018 01:04:34      Westlake Financial,
                 P.O. Box 54807,    Los Angeles, CA 90054-0807
14750599       +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 10 2018 01:04:35
                 Westlake Financial Services,    4751 Wilshire Blvd.,   Suite 100,   Los Angeles, CA 90010-3847
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Guaranty Mortgage Corporation
14771365*      +Best Buy,   PO Box 6497,    Sioux Falls, SD 57117-6497
14771366*       Borough of Dormont,    c/o Jordan Tax Service,    PO Box 200,   Bethel Park, PA 15102-0200
14771367*      +Bureau of Unemployment Compensation,    c/o Comm. of PA Dept of Labor & Industry,    PO Box 67503,
                 Harrisburg, PA 17106-7503
14771372*      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas Company,    PO Box 742537,    Cincinnati, OH 45274-2537)
14771375*      +CW Nexus Credit Card,    101 Crossways Park,   Woodbury, NY 11797-2020
14750569*       Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
14750570*       Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
14750571*       Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
14771368*       Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
14771369*       Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
14771370*       Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
14771371*       Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
14771373*      +Comcast,   c/o Waypoint Resource Group,    PO Box 8588,   Round Rock, TX 78683-8588
14771374*      +Credit One Bank,    c/o LVNV Funding & Resurgent Capital Svc,    PO Box 1269,
                 Greenville, SC 29602-1269
14771376*      +Duquesne Light Company,    411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14771377*      +Estate Information Services,    PO Box 1730,   Reynoldsburg, OH 43068-8730
14771379*      ++FIRST COMMONWEALTH BANK,    PO BOX 400,   INDIANA PA 15701-0400
                 (address filed with court: First Commonwealth Bank,    P. O. Box 400,   Indiana, PA 15701-0400)
14771378*      +Fingerhut & WebBank,    6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
14771380*       First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14771381*      +Glenbeigh Business Office - Medical,    c/o Global Control,   22 East Main Street,    PO Box 750,
                 Geneva, OH 44041-0750
14771382*       Home Depot & Citibank,    PO Box 6497,   Sioux Falls, SD 57117-6497
14771383*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems,    16 McLeland Road,
                 Saint Cloud, MN 56303)
14771384*       JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,   Hazelwood, MO 63042-2429
14771385*      +Kay Jewelers,   375 Ghent Road,    Akron, OH 44333-4600
14771387*      +Macy's,   PO Box 8218,    Mason, OH 45040-8218
14750588*      +Mariner Finance,    8211 Town Center Drive,   Nottingham, MD 21236-5904
14771388*      +Mariner Finance,    8211 Town Center Drive,   Nottingham, MD 21236-5904
14771389*      +Mariner Finance,    8211 Town Center Drive,   Nottingham, MD 21236-5904
14750590*      +Northland Group Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
14750591*      +Northland Group Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
14771390*      +Northland Group Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
14771391*      +Northland Group Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
14771392*      +Northland Group Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
14771394*       Pennsylvania American Water Company,    PO Box 371412,   Pittsburgh, PA 15250-7412
14771395*      +Pittsburgh Gastroenterology,    c/o Credit Collections,   16 Distributor Drive, Suite 1,
                 Morgantown, WV 26501-7209
14771396*      +Progressive Insurance,    c/o Credit Collection Services,    PO Box 607,   Norwood, MA 02062-0607
14771401*      +The Bureaus,    650 Dundee Road, Suite 370,   Northbrook, IL 60062-2757
14771404*      +Weinstein Imaging Associates,    5850 Centre Avenue,   Pittsburgh, PA 15206-3780
                                                                                              TOTALS: 1, * 38, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: bsil              Page 3 of 3            Date Rcvd: Feb 09, 2018
                              Form ID: 309A           Total Noticed: 45
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Robert J. Wentzel julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Joint Debtor Laura L. Gibson julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 5
```