FILED
2/9/18 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 17-25121 |
| Robert J. Wentzel, | ) | |
| Laura L. Gibson, | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| Robert J. Wentzel, | ) | |
| Laura L. Gibson, | ) | Related to Dkt. No. 15 |
| Movants | ) | |
| | ) | |
| No Respondents | ) | |

## MODIFIED ORDER

AND NOW, to wit, this 9th day of February, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that the Order Dismissing the Debtor's Chapter 7 Case is vacated, and the case is reinstated.

The Clerk shall schedule a 341 Meeting of Creditors for the first available date.

_____ J.
cgt

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 17-25121-GLT
Robert J. Wentzel                                                Chapter 7
Laura L. Gibson
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                  Page 1 of 3                  Date Rcvd: Feb 09, 2018
                              Form ID: pdf900             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db/jdb         +Robert J. Wentzel,    Laura L. Gibson,    2836 Connecticut Ave.,    Pittsburgh, PA 15216-1935
14750565       +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
14750566        Borough of Dormont,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14750567       +Bureau of Unemployment Compensation,    c/o Comm. of PA Dept of Labor & Industry,    PO Box 67503,
                 Harrisburg, PA 17106-7503
14750572      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,     PO Box 742537,    Cincinnati, OH 45274-2537)
14750575       +CW Nexus Credit Card,    101 Crossways Park,    Woodbury, NY 11797-2020
14750568        Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14750573       +Comcast,    c/o Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
14750574       +Credit One Bank,    c/o LVNV Funding & Resurgent Capital Svc,    PO Box 1269,
                 Greenville, SC 29602-1269
14750577       +Estate Information Services,    PO Box 1730,    Reynoldsburg, OH 43068-8730
14750580        First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14750581       +Glenbeigh Business Office - Medical,    c/o Global Control,    22 East Main Street,    PO Box 750,
                 Geneva, OH 44041-0750
14750582        Home Depot & Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
14750584        JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
14750586       +Macy’s,    PO Box 8218,    Mason, OH 45040-8218
14750587       +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14750589       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14750593        Pennsylvania American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
14771397       +Retreat Premier Addiction Treatment,    1170 South State Street,    Ephrata, PA 17522-2601
14750596       +Round Point Mortgage,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1918
14771398       +RoundPoint Mortgage Svc. Corp.,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1934
14771399        Sherwin Williams,    3603 Library Road,    Pittsburgh, PA 15234-2230
14771402      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: TMobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596)
14750597       +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
14771403       +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
14750598       +Weinstein Imaging Associates,    5850 Centre Avenue,    Pittsburgh, PA 15206-3780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14750576       +E-mail/Text: kburkley@bernsteinlaw.com Feb 10 2018 01:05:04      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14750579        E-mail/Text: bankruptcynotice@fcbanking.com Feb 10 2018 01:04:07      First Commonwealth Bank,
                 P. O. Box 400,    Indiana, PA 15701-0400
14750578       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 10 2018 01:04:58      Fingerhut & WebBank,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14750583        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 10 2018 01:04:48      Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303
14750584        E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Feb 10 2018 01:05:12
                 JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
14750585       +E-mail/Text: BKRMailOPS@weltman.com Feb 10 2018 01:04:17      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14771386        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2018 01:11:54      LVNV Funding,
                 PO Box 10584,    Greenville, SC 29603-0584
14771393        E-mail/PDF: cbp@onemainfinancial.com Feb 10 2018 01:06:20      One Main,    PO Box 969,
                 Evansville, IN 47706-0969
14750592       +E-mail/PDF: cbp@onemainfinancial.com Feb 10 2018 01:06:19      One Main Financial,    PO Box 1010,
                 Evansville, IN 47706-1010
14753659        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2018 01:04:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA   17128-0946
14750594       +E-mail/Text: ccusa@ccuhome.com Feb 10 2018 01:04:04      Pittsburgh Gastroenterology,
                 c/o Credit Collections,    16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
14750595       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 10 2018 01:05:07      Progressive Insurance,
                 c/o Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
14771400        E-mail/PDF: cbp@onemainfinancial.com Feb 10 2018 01:06:26      Springleaf Financial,
                 PO Box 742536,    Cincinnati, OH 45274
14771405        E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 10 2018 01:04:34      Westlake Financial,
                 P.O. Box 54807,    Los Angeles, CA 90054-0807
14750599       +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 10 2018 01:04:34
                 Westlake Financial Services,    4751 Wilshire Blvd.,    Suite 100,    Los Angeles, CA 90010-3847
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             First Guaranty Mortgage Corporation
```

```
District/off: 0315-2           User: bsil                 Page 2 of 3                   Date Rcvd: Feb 09, 2018
                               Form ID: pdf900            Total Noticed: 40

14771365*         +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
14771366*          Borough of Dormont,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14771367*         +Bureau of Unemployment Compensation,    c/o Comm. of PA Dept of Labor & Industry,    PO Box 67503,
                    Harrisburg, PA 17106-7503
14771372*        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                  (address filed with court: Columbia Gas Company,      PO Box 742537,    Cincinnati, OH 45274-2537)
14771375*         +CW Nexus Credit Card,    101 Crossways Park,    Woodbury, NY 11797-2020
14750569*          Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14750570*          Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14750571*          Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14771368*          Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14771369*          Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14771370*          Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14771371*          Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14771373*         +Comcast,   c/o Waypoint Resource Group,     PO Box 8588,    Round Rock, TX 78683-8588
14771374*         +Credit One Bank,    c/o LVNV Funding & Resurgent Capital Svc,     PO Box 1269,
                    Greenville, SC 29602-1269
14771376*         +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14771377*         +Estate Information Services,    PO Box 1730,    Reynoldsburg, OH 43068-8730
14771379*        ++FIRST COMMONWEALTH BANK,    PO BOX 400,    INDIANA PA 15701-0400
                  (address filed with court: First Commonwealth Bank,      P. O. Box 400,    Indiana, PA 15701-0400)
14771378*         +Fingerhut & WebBank,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14771380*          First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14771381*         +Glenbeigh Business Office - Medical,    c/o Global Control,    22 East Main Street,    PO Box 750,
                    Geneva, OH 44041-0750
14771382*          Home Depot & Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
14771383*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital Systems,      16 McLeland Road,
                    Saint Cloud, MN 56303)
14771384*          JH Portfolio Debt Equities,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
14771385*         +Kay Jewelers,    375 Ghent Road,    Akron, OH 44333-4600
14771387*         +Macy's,    PO Box 8218,    Mason, OH 45040-8218
14750588*         +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14771388*         +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14771389*         +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14750590*         +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14750591*         +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14771390*         +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14771391*         +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14771392*         +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14771394*          Pennsylvania American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
14771395*         +Pittsburgh Gastroenterology,    c/o Credit Collections,    16 Distributor Drive, Suite 1,
                    Morgantown, WV 26501-7209
14771396*         +Progressive Insurance,    c/o Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
14771401*         +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
14771404*         +Weinstein Imaging Associates,    5850 Centre Avenue,    Pittsburgh, PA 15206-3780
                                                                                             TOTALS: 1, * 38, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Robert J. Wentzel julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
```

```
District/off: 0315-2          User: bsil                  Page 3 of 3               Date Rcvd: Feb 09, 2018
                              Form ID: pdf900             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kenneth   Steidl    on behalf of Joint Debtor Laura L. Gibson julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com

        TOTAL: 5