Form 615

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert J. Wentzel** | : | Case No. 17–25121–GLT |
| **Laura L. Gibson** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | Related to Doc. No. 26 |
| | : | |

## ORDER OF COURT SCHEDULING HEARING ON REAFFIRMATION AGREEMENT

*AND NOW*, on this **The 22nd of May, 2018,** the Court having determined that on May 16, 2018 , the Debtor filed a *Reaffirmation Agreement* with OneMain Financial Services of PA, Inc. as issuer loan trustee for OneMain Financial Issuance Truste 2016–1 f/k/a Springleaf Fin. et al. ,

IT IS HEREBY ORDERED that a hearing on the *Reaffirmation Agreement* shall be held on **June 28, 2018 at 10:30 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IT IS FURTHER ORDERED that the Debtor is directed to appear at the scheduled hearing. Failure to appear at this hearing may result in denial of the *Reaffirmation Agreement* without further notice or hearing.

Dated: May 22, 2018

cm: Debtor
OneMain Financial Services of PA, Inc.
Springleaf Financial Services of PA, Inc.
Counsel for Debtor
Chapter 7 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-25121-GLT
Robert J. Wentzel                                                               Chapter 7
Laura L. Gibson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: ctak                 Page 1 of 1                 Date Rcvd: May 22, 2018
                                  Form ID: 615               Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db/jdb         +Robert J. Wentzel,    Laura L. Gibson,    2836 Connecticut Ave.,    Pittsburgh, PA 15216-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: cbp@onemainfinancial.com May 23 2018 01:26:15      OneMain,    P.O. Box 3251,
                 Evansville, IN 47731-3251
14771393        E-mail/PDF: cbp@onemainfinancial.com May 23 2018 01:26:01      One Main,    PO Box 969,
                 Evansville, IN 47706-0969
14750592       +E-mail/PDF: cbp@onemainfinancial.com May 23 2018 01:26:27      One Main Financial,    PO Box 1010,
                 Evansville, IN 47706-1010
14771400        E-mail/PDF: cbp@onemainfinancial.com May 23 2018 01:26:27      Springleaf Financial,
                 PO Box 742536,   Cincinnati, OH 45274
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Robert J. Wentzel julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Laura L. Gibson julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
                                                                                             TOTAL: 5