# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          :    Case No.:    17-25121-GLT
                                                :    Chapter:     7
Robert J. Wentzel                               :
Laura L. Gibson                                 :
                                                :    Date:        6/28/2018
            *Debtor(s).*                        :    Time:        10:30

**FILED**

JUN 28 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*    #26 - Reaffirmation Agreement Between Debtor and OneMain Financial Services of PA, Inc. et al.

*APPEARANCES:*
            Debtor:    Chris Frye (Debtor Robert Wentzel personally present)

*NOTES:*

Frye: Understands the Court is unlikely to grant the motion.

Wentzel: Has been making the payments but is behind on them.

*OUTCOME:*

1. The Reaffirmation Agreement [Dkt. No. 26] is denied. (Text Order to issue.)

**DATED:** 6/28/2018