Form 617

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert J. Wentzel** | : | Case No. 17−25121−GLT |
| **Laura L. Gibson** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | Related to Doc. No. 26 |
| | : | |

## ORDER OF COURT

  **AND NOW**, to wit, this ***The 28th of June, 2018***, after notice and hearing pursuant to 11 U.S.C. Section 524(d) regarding the Reaffirmation Agreement entered into by and between Debtor(s) and OneMain Fin. Services et al., filed with the Clerk of Court,

  **IT IS HEREBY ORDERED THAT** the above−referenced reaffirmation agreement be and is **NOT APPROVED** .

Dated: June 28, 2018

cm: Debtor
    Counsel for Debtors
    Chapter 7 Trustee
    OneMain Financial Services of PA
    Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 17-25121-GLT
Robert J. Wentzel                                                   Chapter 7
Laura L. Gibson
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: ctak              Page 1 of 1        Date Rcvd: Jun 28, 2018
                               Form ID: 617            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
```
db/jdb         +Robert J. Wentzel,    Laura L. Gibson,    2836 Connecticut Ave.,    Pittsburgh, PA 15216-1935
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: cbp@onemainfinancial.com Jun 29 2018 02:12:36      OneMain,    P.O. Box 3251,
                 Evansville, IN 47731-3251
14771393        E-mail/PDF: cbp@onemainfinancial.com Jun 29 2018 02:13:50      One Main,    PO Box 969,
                 Evansville, IN 47706-0969
14750592       +E-mail/PDF: cbp@onemainfinancial.com Jun 29 2018 02:13:11      One Main Financial,    PO Box 1010,
                 Evansville, IN 47706-1010
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Robert J. Wentzel julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Laura L. Gibson julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                              TOTAL: 5
```